RUDOLPH MAMULA, an Infant, etc., Appellant, v. LEHIGH VALLEY RAIL-ROAD COMPANY, Respondent.— Motion granted and appeal dismissed, with costs.

AGNES J. HEDGES, as Administratrix, etc., Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Motion granted and appeal dismissed, with costs.

· CLARA GESL, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Motion granted and appeal dismissed, with costs.

LAURA RUBIN SUCKLE, Appellant, v. HYMAN GORDON and Another, Respondents.— Motion granted and appeal dismissed.

JAY F. DAILEY, Appellant, v. LEROY COLD STORAGE AND PRODUCE COMPANY, Respondent.— Motion granted and appeal dismissed, with costs.

AMELIA J. McCORMACK, Respondent, v. GEORGE R. McCORMACK, Appellant.— Motion granted and appeal dismissed.

JAMES G. BECKER, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Motion granted and appeal dismissed, with costs.

FRANK LIPANI, as Administrator, etc., Respondent, v. CARMELO PANE-PINTO and Others, Appellants.— Motion to dismiss appeal granted, unless appellant shall serve brief by October third.

REUBEN BRAUNSTEIN and Another, Respondents, v. JACOB SIEGEL and Another, Appellants.— Motion to dismiss appeal granted, unless appellants file and serve printed papers by October eighth and be ready for argument when case is reached.

WILLIAM WEED, Respondent, v. CLARENCE W. DARLING and Others, as Copartners, etc., Appellants.— Motion to dismiss appeal granted, unless appellants shall file and serve printed papers and briefs and pay to respondent's attorney ten dollars by October third and are ready for argument October tenth.

JAMES R. McCARTHY, Respondent, v. EMMA ODELL, Appellant.— Motion to dismiss appeal denied.

ALOIS MANTEL, Respondent, v. FRANK HAYES, Appellant.— Motion to dismiss appeal granted unless appellant shall file and serve printed papers by October tenth.

CHARLES GORNBEIN, Respondent, v. WESTCHESTER FIRE INSURANCE COMPANY, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers and brief by October tenth and is ready for argument on October eighteenth.

GORDON R. RUSSELL, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers by October twenty-seventh.

HARRIETT SCULLY, as Administratrix, etc., Appellant, v. JOHN F. BURKE, as Receiver, etc., and Others, Respondents.— Motion to dismiss appeal denied.

ARTHUR M. CONGER and Others, Respondents, v. JOHN HALL, as Executor, etc., and Others, Appellants.— Motion to vacate order of dismissal granted, upon condition that the appellant is ready for argument on October eleventh.